UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MATTHEW T. WOOD,

Plaintiff,

v.

GONZAGA UNIVERSITY,

Defendant.

No. CV-05-0055-FVS

ORDER

**BEFORE THE COURT** is the Defendant's Motion for Protective/Confidentiality Order Re: Documents Concerning Other Gonzaga University Employees (Ct. Rec. 15). The Defendant is represented by James King and Chris Kerley. The Plaintiff is proceeding *pro se*.

**BACKGROUND**

This is a wrongful termination case. Plaintiff is a former employee of Gonzaga University's Desktop [computer] Support Services Department. He alleges he was terminated in retaliation for objecting to certain behavior by other employees in his department. The Defendant has in its possession, and revealed in its Rule 26 Initial Disclosures, four human resources files that contain information concerning the conduct of other current or former employees in the Desktop Support Services Department. The Defendant is willing to produce these materials to the Plaintiff, as long as the Plaintiff

signs a protective/confidentiality order. After Plaintiff indicated his unwillingness to sign a protective order concerning the files and information pertaining to former Gonzaga employee Clint Anderson, the Defendant filed this motion.

**DISCUSSION**

In the present case, the Defendant recognizes that the human resource files are discoverable because they contain potentially relevant materials. However, it requests the Court issue a protective/confidentiality order governing the production, use and dissemination of these files, and the information contained therein. Plaintiff has not responded to this motion.

Pursuant to Federal Rule of Civil Procedure 26(c), the Court may issue a protective order upon a showing of good cause as long as the parties have conferred, or attempted to confer, in an effort to resolve the dispute without involving the Court. Here, it appears the parties have conferred, but are unable to resolve the issue. The Court determines the Defendant's request for a protective/confidentiality order is a reasonable and necessary request to protect the privacy interests of those individuals whose human resource files are being disclosed to the Plaintiff. Accordingly,

**IT IS HEREBY ORDERED:**

1. The Defendant's Motion for Protective/Confidentiality Order Re: Documents Concerning Other Gonzaga University Employees, **Ct. Rec. 15**, is **GRANTED.** The parties shall confer and agree on the terms of a confidentiality order protecting the human resource files.

**IT IS SO ORDERED.** The District Court Executive is hereby

directed to enter this Order and furnish copies to counsel and the **Plaintiff.**

**DATED** this 15th day of November, 2005.

s/ Fred Van Sickle
Fred Van Sickle
United States District Judge